IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RIVERCREEK PRESERVE,
LLC, A FLORIDA LIMITED
LIABILITY COMPANY,
WILLIAM E. GLENN AND
PATRICIA W. GLENN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1568

        Appellants,

v.

AMERIS BANK,

        Appellee.

_____/

Opinion filed July 8, 2014.

An appeal from the Circuit Court for Alachua County.
Victor Lawson Hulslander, Judge.

Stephen C. Bullock, Lake City; Steven R. Browning, Jacksonville; and William H. Rogner, Winter Park, for Appellants.

Frederick R. Brock, Jacksonville, for Appellee.

PER CURIAM.

        Upon consideration of appellants' response to the Court's order of May 6, 2014, the Court has determined that the order on appeal is not one which determines jurisdiction of the person.  Cf. Keehn v. Joseph C. Mackey and Co., 420 So. 2d 398 (Fla. 4th DCA 1982).  Therefore, this Court lacks jurisdiction to

review the order by appeal.  Moreover, we decline appellants' suggestion that we undertake certiorari review, concluding that appellants have failed to demonstrate entitlement to such relief.  Belair v. Drew, 770 So. 2d 1164, 1166 (Fla. 2000). Accordingly, the appeal is dismissed.

BENTON, CLARK, and OSTERHAUS, JJ., CONCUR.